■ Kenneth Kelchner, Individually and as Father and Natural Guardian of Jennifer Kelchner, an Infant, Respondent, v John Deere Company et al., Appellants and Third-Party Plaintiffs-Appellants. Joan Kelchner, Third-Party Defendant-Respondent, et al., Third-Party Defendant. (Appeal

No. 2.)—Order unanimously affirmed without costs. Same memorandum as in *Kelchner v Deere Co.* ([appeal No. 1] 149 AD2d 911). (Appeal from order of Supreme Court, Onondaga County, Mordue, J.—renewal.) Present—Dillon, P. J., Callahan, Green, Pine and Lawton, JJ.